# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-703-039

**Effective date of registration:**

August 16, 2010

## Title

**Title of Work:** The Expendables

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 13, 2010    **Nation of 1st Publication:** United States

## Author

▪    **Author:** Alta Vista Productions, Inc.

**Author Created:** Script/screenplay, Motion picture/audiovisual

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Alta Vista Productions, Inc.

318 N. Carson St., #208, Carson City, NV 89701

## Rights and Permissions

**Organization Name:** Nu Image, Inc.

**Name:** Rick Eyler

**Email:** rick@nuimage.net

**Address:** 6432 Wilshire Blvd    **Telephone:** 310-388-6948

Los Angeles, CA 90048  United States

## Certification

**Name:** Rick Eyler

**Date:** August 13, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-810-290

**Effective date of registration:**

August 21, 2012

## Title

| | |
|---|---|
| Title of Work: | The Expendables 2 |
| Previous or Alternative Title: | Expendables 2 |
| Nature of Work: | motion picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2012 |
| Date of 1st Publication: | August 17, 2012 |

## Author

| | |
|---|---|
| ■ Author: | Barney's Christmas, Inc. |
| Author Created: | entire film |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Barney's Christmas, Inc. |
| | 318 N. Carson St., # 208, Carson City, NV, 89701 |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | Yes |
| Previous registration and year: | PAu 3-594-622    2011 |
| New material included in claim: | motion picture, including audio, visual and other cinematographic material |

## Certification

| | |
|---|---|
| Name: | Rick Eyler |
| Date: | August 20, 2012 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-734-299

**Effective date of registration:**

July 29, 2014

## Title

**Title of Work:** The Expendables 3
**Nature of Work:** motion picture

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** BX3 Productions, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** EX3 Productions, Inc.

318 N. Carson St., # 208, Carson City, NV, 89701

## Limitation of copyright claim

**Previously registered:** Yes

**Previous registration and year:** PAu 3-704-583   2013

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Motion picture, including audio, visual and other cinematographic material

## Certification

**Name:** Rick Eyler

**Date:** July 28, 2014

**Registration #:** PAU003734299
**Service Request #:** 1-1627642820



Rick Eyler/Nu Image, Inc.
6423 Wilshire Blvd.
Los Angeles, CA 90048